**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF MISSISSIPPI**
**EASTERN DIVISION**

**YOLANDA LOWE**                                                                       **PLAINTIFF**

**V.**                                                                                        **No. 1:10CV24-A-D**

**AMERICAN EUROCOPTER, LLC.**                                         **DEFENDANT**

## ORDER ON MOTION TO DISMISS

Pursuant to an opinion issued this day, it is hereby ORDERED that

(1) the Defendant's Motion to Dismiss [8] Plaintiff's gender discrimination claim is granted for failure to exhaust administrative remedies;

(2) the Defendant's Motion to Dismiss [8] Plaintiff's racial discrimination claim is granted for failure to state a claim upon which relief can be granted;

(3) the Defendant's Motion to Dismiss [8] Plaintiff's age discrimination claim is granted for failure to state a claim upon which relief can be granted;

(4) the Defendant's Motion to Dismiss [8] Plaintiff's disability discrimination claim is denied; and

(5) the Defendant's Motion to Dismiss [8] Plaintiff's disability-based hostile work environment claim is denied.

So ORDERED on this, the __16th__ day of December, 2010.

                                                                   **/s/ Sharion Aycock**
                                                                   **UNITED STATES DISTRICT JUDGE**