IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

**YOLANDA LOWE**                                                                            **PLAINTIFF**

V.                                                                                                  **No. 1:10CV24-A-D**

**AMERICAN EUROCOPTER, LLC.**                                               **DEFENDANT**

## ORDER

Pursuant to an opinion issued this day, it is hereby ORDERED that

    (1) the Defendant's Motion for Summary Judgment [21] is GRANTED; and

    (2) this case is CLOSED.

    All memoranda, depositions, declarations, and other materials considered by the Court in ruling on this motion are hereby incorporated into and made a part of the record in this action.

SO ORDERED, this the 22nd day of June, 2011.

                                                      **/s/ Sharion Aycock**
                                                      **UNITED STATES DISTRICT JUDGE**